# Court of Appeals
# of the State of Georgia

ATLANTA,  August 03, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1568. CHARLES CARMICHAEL v. THE STATE.**

Charles Carmichael was convicted of aggravated assault and feticide in 2006. He filed a motion for new trial, which the trial court denied, and this Court affirmed his convictions on appeal. *Carmichael v. State*, 305 Ga. App. 651 (700 SE2d 650) (2010). Recently, Carmichael filed a motion to set aside void judgment, in which he claimed several errors regarding his indictment and his convictions but did not mount any challenge to his sentence. The trial court denied the motion, and Carmichael filed both an application for discretionary review of that order and a direct appeal. We dismissed the discretionary application. See A23D0339 (May 30, 2023). This is the direct appeal. We lack jurisdiction.

Our dismissal of Carmichael's discretionary application bars further appellate review of the order at issue. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (punctuation omitted); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) ("[T]he denial of an application for discretionary appeal is an adjudication on the merits of the underlying order and acts as res judicata in subsequent proceedings."); see also *Jackson v. State*, 273 Ga. 320,

320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal"). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  *08/03/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*